SO ORDERED.

SIGNED this 27 day of September, 2018.

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE:   BRANDON LYLE HILL, | ) | CASE NO.  17-05120-5-DMW |
| | ) | |
| DEBTOR. | ) | Chapter 13 |
| _____ | ) | |
| AMERICAN EXPRESS CENTURION BANK, | ) | |
| | ) | |
| PLAINTIFF, | ) | ADV. PROC. NO. 18-00005-5-DMW |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON LYLE HILL aka | ) | |
| BRANDON L. HILL, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

## **FINAL JUDGMENT BY CONSENT**

This adversary proceeding came on for consideration before the Court, the United States Bankruptcy Judge presiding, for the entry of Judgment.  The issues having been duly considered and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED:

1. A Final Judgment be, and the same is hereby, entered on the Complaint in favor of American Express Centurion Bank, the Plaintiff, and against Brandon Lyle Hill aka Brandon L. Hill, the Defendant, in the amount of $12,500.00, and the debt owed by the Defendant to the

Plaintiff in the amount of $12,500.00 is hereby declared to be non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(2)(C);

    2.    The Defendant may satisfy the Judgment pursuant to the terms and conditions of the Stipulation in Settlement; and

    3.    The Clerk may mark the above-captioned adversary proceeding as CLOSED, subject to the terms and conditions of the Stipulation in Settlement.

Submitted by:

/s/ B. Perry Morrison
B. Perry Morrison, Esquire  (NC Bar #16376)
MORRISON LAW FIRM, P.L.L.C.
P.O. Box 2046
Wilson, NC  27894-2046
Telephone: (252) 243-1003
Facsimile: (252) 243-1004
E-mail: pmorrison@nccomplaw.com
Attorneys for American Express Centurion Bank

Agreed as to form and content:

/s/ William E. Brewer, Jr.
William E. Brewer, Jr., Esquire (NC Bar #7018)
Janvier Law Firm, PLLC
311 East Edenton Street
Raleigh, NC 27601
Telephone: (919) 582-2323
Facsimile: (866) 809-2379
Email: wbrewer@janvierlaw.com
Attorney for Defendant

END OF DOCUMENT